### Pérez et al. *v.* Romano et al.

Apelación procedente de la Corte de Distrito de San Juan, Sección Primera.

#### Moción de eliminación.

No. 841.—Resuelto en abril 30, 1912.

Apelación—Nuevo Juicio—Transcripción de Autos—Legajo de la Sentencia.—En una apelación contra una orden denegatoria de nuevo juicio fundada en la insuficiencia de la prueba, es indispensable de acuerdo con el artículo 225 del Código de Enjuiciamiento Civil, que las alegaciones, los resultandos de la corte sentenciadora y la sentencia, formen parte de la transcripción de autos, para que el Tribunal Supremo pueda entrar en el examen de la prueba.

Los hechos están expresados en la opinión.

Abogados de los promoventes: *Sres. José de Guzmán Benítez, Francisco de la Torre y José Martínez Dávila.*

Abogados de la parte contraria: *Sres. Bosch y Soto.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

En este caso se ha establecido apelación contra una resolución desestimando una moción en la que se solicita un nuevo juicio. El apelado solicita que se elimine la demanda, contestación, conclusiones de la corte y la sentencia por el fundamento de que en tal apelación no debe incluirse en los autos el legajo de la sentencia. Para que la corte pueda estar en condiciones de conocer cuáles fueron las cuestiones propuestas por las partes, se hace necesario que las alegaciones, conclusiones de la corte y sentencia, se nos remitan con la correspondiente certificación. Esto debe hacerse de conformidad con

las disposiciones del artículo 225 del Código de Enjuicia-
miento Civil. Las sentencias de California se pronuncian en
igual sentido. (*Mendocino Co.* v. *Peters,* 82 Pac. Rep., 1122;
*Kimple* v. *Conway,* 69 Cal., 71, 73.) El artículo 225 deter-
mina una excepción a la regla cuando la moción se funda en
las minutas de la corte. En el presente caso, sin embargo, el
apelante se fundaba en la falta de prueba y otras cuestiones
semejantes. Debe desestimarse la moción.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados MacLeary, del Toro y Aldrey.